**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **PM TERMINALS, INC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HARJINDER S. MUNDI,** *et al.* ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. WGC-10-3588 |

## REPORT & RECOMMENDATIONS

In the Report and Recommendation of January 14, 2013 the undersigned recommended that (a) the Court find PM Terminals, Inc. ("PM Terminals") is not entitled to judgment as a matter of law at that time, (b) PM Terminals be permitted to submit an amended affidavit that complies with Federal Rule of Civil Procedure 56(c)(4) within twenty (20) days of the Report and Recommendation and (c) PM Terminals' motion for summary judgment as to Defendants Harjinder S. Mundi and Laura R. Mundi be temporarily held in abeyance. ECF No. 46 at 10. The pro se Defendants and counsel for PM Terminals were informed they had 14 days or by January 31, 2013 to file written objections. *See* ECF No. 47.

On January 28, 2013 PM Terminals filed the Amended Affidavit of Annette A. Willis. *See* ECF No. 48. No written objections to the January 14, 2013 Report and Recommendation have been filed and the deadline for written objections has elapsed.

## ANALYSIS

The Amended Affidavit addresses the insufficiencies of the original Affidavit with the inclusion of the following paragraphs:

> 3. I have been employed with PM Terminals, Inc. for over fifteen (15) years.
>
> 4. My current job title is Chief Financial Officer, Treasurer and Secretary, and I am ultimately responsible for all financial and accounting, credit, human resource, information technology, administrative and contractual matters. I have held the position of Chief Financial Officer and Treasurer since December

>1, 1997; I have held the position of Secretary since July 1, 1999. I am also a member of the Board of Directors.
>
>\*                           \*                           \*
>
>18.   Upon breach of the Agreement and Guarantee, it was my responsibility to pursue collection efforts on this account on behalf of PM Terminals.
>
>19.   William E. Chenault, Jr. (who is no longer with the company) was our Corporate Credit Manager, and he assisted in the efforts to collect the balance due.
>
>20.   During that time, Mr. Chenault communicated directly with the Mundis and the Singhs and then reported directly to me.

ECF No. 48 at 1, 3;

PM Terminals has not presented any evidence supporting the amount of damages ($606,250.33) it allegedly has suffered. The issue of damages cannot be resolved by summary judgment.

## **RECOMMENDATIONS**

1.   That the Court find PM Terminals is entitled to judgment as a matter of law as to liability only. Fed. R. Civ. P. 56(a);

2.   That the Court grant PM Terminals' motion for summary judgment (ECF No. 36) against Defendants Harjinder S. Mundi and Laura R. Mundi for liability only; and

3.   That PM Terminals' claim for damages ($606,250.33) must be proven at a bench trial to be scheduled.

February 6, 2013                            /s/
    Date                             WILLIAM CONNELLY
                            UNITED STATES MAGISTRATE JUDGE